Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

George Grigsby
NAME (Under which you were convicted)

A-72471
PRISON NUMBER

Chester Mental Health
PLACE OF CONFINEMENT/ADDRESS
Chester Illinois
1039 W. Lawrence
Chicago, Illinois 60640

George Grigsby                    )
(Full Name)        Petitioner     )
                                  )
                                  )        CASE NUMBER   1:07CV00158
                                  )
          v.                      )        JUDGE: Emmet G. Sullivan
                                  )
                                  )        DECK TYPE: Habeas Corpus/2255
Judge Mary Thomas                 )
                                  )        DATE STAMP: 01/22/2007
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
                        Respondent )

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA**

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

3. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

1

5.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

9.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: _Thed S Celivean_ _Judge Mary Thomas_

2.  (a) Date of the sentence (or detention): _Insanity_

3.  Length of sentence: _Insanity_

4.  Nature of offense involved (all counts): _No_

5.  (a) What was your plea? (Check one):
    ☐ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere (no contest)
    ☒ Insanity

Page 3

(b)   If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _No_

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☒ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: _Judge mercy Thomas_
       (2) Nature of the proceedings: _She send me to Chester mental Health_
       (3) Grounds raised: _No_
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: _No_
       (6) Date of result: _No_

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court:
       (2) Nature of the proceedings: _No_
       (3) Grounds raised: _No_
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No    _No_
       (5) Result:

Page 4

  (6) Date of result: ____No____

(c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: ____
  (2) Nature of the proceedings: ____No____

  (3) Grounds raised: ____No____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☒ No
  (5) Result: ____No____
  (6) Date of result: ____

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc."
    ☐ Yes
    ☐ No
  (2) Second petition, etc.:
    ☐ Yes
    ☐ No
  (3) Third petition, etc.:
    ☐ Yes
    ☒ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: ____No____

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

The Judge did not have a grand jury in dictmeant

B. GROUND TWO:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

all man under bill 1500 own not chose to go to chesires mental health they had have had did 5 years and more?

C. GROUND THREE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

I'd did 6 years with out a grand jury indictment.

D.     **GROUND FOUR:**
    (a)   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: The Judge did Not have A grand jury in distment.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: No

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☒ Yes
    ☐ No

    (a) If so, give the name and location of the court and case number, if known: Before Judge Emit Sulvay Henry

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give name and location of court which imposed sentence to be served in the future: No No No

(b) And give date and length of sentence to be served in future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes
☒ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_George Grigsby_
Petitioner's Signature

1-10-07
Date

I'd would like to go to The Federal Hospital in Washington D.C.

George Grigsby
1039 W. Lawrence
Chicago, IL 60640

September 21, 2005

Brian Fairchild
Freedom of Information Officer
Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

Dear Mr. Fairchild:

I'm writing in response to your correspondence dated September 15, 2005 requesting that I submit my Freedom of Information request #50511017 in type written format.

My request is as follows: I would like to have a copy of my minimum papers for A-72471 and C-72471, which is a sixteen year bit and a four and a day year bit with good time credit. I'd also like a copy of the warrant that was used by the US Marshall's Office to extradite me out of the State Of California to appear in Judge Cousin's court room at 2600 S. California. I went from Gram State Institution and then to court from Danvelle. So I need a copy of the warrant with my minimum paper sent to the above address.

The requested information is made under the Freedom of Information Act of the State of Illinois. Your attention to this matter is greatly appreciated.

Sincerely,

George Grigsby

07 0158
FILED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



TO;JUVENILE JUSTICE DIVISION
CLERK OF THE CIRCUIT COURT OF COOK COUNTY
1100SOUTH HAMILTON ROOM 13
CHICAGO ILL 60612


FROM;MR GEOGRE GRIGSBY
1039 W LAWRENCE
CHICAGO ILL 60640


I'D WOULD LIKE TO REQUEST A COPY OF THE MASTER FILE OF MR GEORGE GRIGSBY THAT LIVED AT 627 N LAWNADLE AND1114 S 2AND AVE MAYWOOD ILLINOIS;ALL IMFORMATION IS ASKED FOR UNDER THE FREEDOM OF IMFORMATION ACT OF THE STATE OF ILLINOIS;


WHAT I'D AM LOOKING FOR IS A CASE WHERE MR GEORGE GRIGSBY WAS ORDER TO A HEBASE CORPUS WHEN HE WAS 17 YEAR OLD WHEN HE WAS ARRESTED FOR HAVING A FEDERAL GUM CASE AND DID NOT GO TO COURT BECAUSE OF THIS REASON JUDGE EVAN;IS HOLDING HIS NAME OUT OF FEDERAL COURT BECAUSE OF THE CASE HIS GUARDIAN HAD IN THE CITY OF MAYWOOD;AND A LEAN WAS PUT OF HIS NAME SO THEY COULD LIVE IN HIS HOUSE AT 1114 S 2AND AVE;MAYWOOD ILL;THIS IS SOMETHING I'D THINK CHIEF JUSTICE SHOULD LOOED AT,AND SEND FOR THE CITY OF CHICAGO TRUST OFFICE AND THE YEAR 1959;AND JUDGE EARL STRAYHORN;THE 5YEAR PEROID IS OVER AND I'D THINK IT IS THE DUTY OF THE CLERK TO CONACT JUDGE EARL STRAYHORN AT 2600 S HALF CALIFORNIA OR COURT ROOM 101;ALSO MR GEORGE GRIGSBY IS RED SEAL PERSON UNDER THUR GOOD MARSHALL LAW THAT WAS EXTRADITE TO THIS STATE HE SHOULD HAVE ATTORNEY FORM HIS OWN MASTER FILE BECAUSE JUDGE STRAYHORN IS NOT HERE ANY MORE;AND THE 5 YEAR PEROID IS OVER FOR THE STATE OF ILLINOIS TO BE OUT OF THIS NAME;


BY GEORGE GRIGSBY;

TO: ILLINOIS DEPARTMENT OF HUMAN SERVICE

DEPARTMENT OF HUMAN SERVICES/
DIVISION OF REHABILITATION SERVICES
401 SOUTH CLINTON
CHICAGO, ILL 60604

NOVEMBER 16, 2005

GEORGE GRIGSBY ;
1039 W LAWRENCE AVE
CHICAGO, ILL 60640

NATURE OF GRIEVANCE:

NOT GETTING ENOUGH MONEY OR STAMP;
TO TAKE PARTED INTO A FEDERAL PROGRAM

MR GEORGE GRIGSBY IS A PART OF THE REHABILITATION PROGRAM
AT 6200 N HIAWATHA AVE; SUIT 300 CHICAGO ILL., 60646
HIS COUNSELOR IS PHILLIP MILLER: 773-794-4830-FAX 773-794-4800 AND
HE HAS TO PAY TO GO BACK & FORTH TO THIS PROGRAM AND ALL
OVER HE CITY OF CHICAGO.
SO HE MUST HAVE A FULL CHICAGO PUBLIC AID CASE OR GENERAL
ASSISTANCE CASE AND NOT A WRITTEN UP ONE.  ALSO MR GEORGE GRIGSBY
CAME HERE FROM CHICAGO READ HOSPITAL WHERE HE WAS THERE AND
CHESTER FOR OVER 5 YEARS. FROM COURT I THINK IT IS THE DUTY OF THE
SOCIAL WORKER TO FIND THE COURT PAPER THAT COME WITH HIS CASE OR
SEND HIS CASE BACK TO THE 10 FLOOR; AT 2600 S CALIFORNIA. SAYING THAT MR
GEORGE GRIGSBY DID OVER 180 DAYS WITH OUT RECEIVING A CHECK;
OR THAT THE COURT DID NOT HAVE AND INDICTMENT.  AND HUMAN SERVICE
CANNOT PROCESS HIS CASE UNTIL THAT COURT PAPER IS FOUND. BY BEING
PART OF THIS PROGRAM IT'S THE DUTY OF THIS TO HAVE HUMAN SERVICE
LOOKED INTO THIS MATTER, AS SOON AS POSSIBLE.

SINCERELY,

*[signature]*

GEORGE GRIGSBY

G
07-158
EGS

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
GEORGE GRIGSBY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se PR

## DEFENDANTS
JUDGE MARY THOMAS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

CASE NUMBER 1:07CV00158
JUDGE: Emmet G. Sullivan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/▪/2007
22

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ■ G. *Habeas Corpus/ 2255*<br>■ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination*<br>□ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT*<br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ J. *Student Loan*<br>□ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)*<br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)*<br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ M. *Contract*<br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ N. *Three-Judge Court*<br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 □   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** □ YES  ● NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   □ YES  ● NO   If yes, please complete related case form.

**DATE** 1.22.07   **SIGNATURE OF ATTORNEY OF RECORD**   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd