UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE GRIGSBY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARY THOMAS<br>Judge, Circuit Court of Cook<br>County, Illinois,<br><br>　　　　Respondent. | Civil Action No. 07-158 (EGS) |

### ORDER

On April 30, 2007, petitioner George Grigsby was ordered to show cause by May 31, 2007 why the above-captioned case should not be transferred and was advised that the failure to respond would result in transfer of the case.

Plaintiff has failed to respond to the Order to Show Cause as of the date indicated below.  Accordingly, it is hereby

**ORDERED** that this case is transferred to the United States District Court for the Northern District of Illinois.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**　　　　　United States District Judge**
**　　　　　June 4, 2007**