UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
GEORGE GRIGSBY,                )
                               )
        Petitioner,            )
                               )
    v.                         )    Civil Action No. 07-158 (EGS)
                               )
MARY THOMAS                    )
Judge, Circuit Court of Cook   )
County, Illinois,              )
                               )
        Respondent.            )
_____)
```

### ORDER

The Court has received correspondence from George Grigsby that he would like to include on the docket for Civil Case No. 07-158. This case was closed, however, on June 4, 2007 when it was transferred to the United States District Court for the Northern District of Illinois. This Court no longer has any jurisdiction over the case. Accordingly, it is by the Court hereby

**ORDERED** that the Clerk of the Court shall return all correspondence related to this case to petitioner George Grigsby; and it is

**FURTHER ORDERED** that petitioner George Grigsby shall not send any further correspondence related to Civil Case No. 07-158 to this Court. All correspondence that petitioner would like to have considered in his habeas case should be directed to the United States District Court for the Northern District of Illinois, which now has jurisdiction over this case.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**June 8, 2007**

Notice to:

George Grigsby
A-72471
1039 W. Lawrence
Chicago, IL 60640